JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 795 -- In re Diamond Mortgate Corporation, et al., Securities Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 88/10/11 | 1 | MOTION, BRIEF, SCHEDULE OF ACTIONS AND CERT. OF SVC. (A-1 - A-5) -- filed by Defts. Peter Sugar, David D. Warner and Jaffe, Snider, Raitt & Heuer -- SUGGESTED TRANSFEREE DISTRICT: WESTERN DISTRICT OF MICHIGAN -- SUGGESTED TRANSFEREE JUDGE: ? (rh) |
| 88/10/24 | | APPEARANCES: JOHN D. WALTER, ESQ. for James Karpen; ANDREW S. CONWAY, ESQ. for George Hamilton; MORTON H. COLLINS, ESQ. for Peter Sugar, David D. Warner, Jaffe, Snider, Raitt & Heuer; THOMAS F. KOERNKE, ESQ. for Harold & Gwen Mercer, et al., Mohamed Abdorabehe, et al.; RUSS M. STROBEL, ESQ. for Diamond Mortgage Corp. of Illinois, et al.; REGINALD L. NORRIS, ESQ. for Robert N. Schriemer, et al., Mohamed Abdorabehe & Qumza Masead, et al. (rh) |
| 88/10/25 | | APPEARANCE: BRUNCE M. BUCHANAN, ESQ. for Ronald M. Barron, Ronald M. Barron & Associates, P.C., Baron & Knoppow, P.C., Barron & Linden, P.C., Barron, Linden & Fagan, P.C. (rh) |
| 88/10/25 | 2 | JOINDER TO PLDG. #1 -- Ronald M. Barron, Ronald M. Barron & Associates, P.C., Baron & Knoppow, P.C., Barron & Linden, P.C., Barron, Linden & Fagan, P.C. -- w/cert. of svc. (rh) |
| 88/10/25 | | APPEARANCE: THOMAS F. BLACKWELL, ESQ. for Lloyd Bridges (rh) |
| 88/10/26 | 3 | RESPONSE -- (to pldg. #1) George Hamilton -- w/cert. of svc. (rh) |
| 88/10/27 | | APPEARANCE: RONALD W. EMERY, ESQ. for Frederick H. Hoffecker (rh) |
| 88/10/28 | 4 | RESPONSE -- (to pldg. #1) Lloyd Bridges -- w/cert. of svc. (rh) |
| 88/10/31 | 5 | RESPONSE -- (to pldg. #1) Harold & Gwen Mercer, et al. and Mohamed Abdorabehe, et al. -- w/cert. of svc. (rh) |
| 88/10/31 | 6 | RESPONSE -- (to pldg. #1) Diamond Mortgage Corporation of Illinois, et al. -- w/cert. of svc. (rh) |
| 88/11/07 | 7 | RESPONSE (to pldg. #1) -- pltfs. Abshire, et al. and Abdorabehe, et al. -- w/cert. of service (cds) |

B.2

| | |
|---|---|
| 88/12/13 | HEARING ORDER -- setting motion of defendants Peter Sugar, David D. Warner and Jaffe, Snider, Raitt & Heuer for transfer of A-1 for Panel hearing on January 26, 1989 in Phoenix, Ariz. (ds) |
| 89/01/25 | HEARING APPEARANCES (for January 26, 1989 hearing, Phoenix, Arizona) -- MORTON H. COLLINS, ESQ. for peter Sugar, David D. Warner and Jaffe, Snider, Raitt & Heuer, P.C.; RUSS M. STROBEL, ESQ. for Diamond Mortgage of Illinois and A.J. Obie & Associates, Inc.; ANDREW S. CONWAY, ESQ. for George Hamilton (ds) |
| 89/01/25 | WAIVERS OF ORAL ARGUMENT (for January 26, 1989 hearing, Phoenix, Arizona) -- Harold & Gwen Mercer, et al., Mohamed Abdorabehe, et al.; Frank J. Kelley, (Attorney General for the States of Michigan and Dept. of Licensing and Regulation); James Karpen; Lloyd Bridges' Robert N. Schriemer, et al.; Mohamed Abdorabehe, et al. and Mohamed Abdorabehe, et al.; Jeffrey Ishbia and Kramer, Mellin, Wagner & Ishibia; George J. Yusko; Ronald M. Barron, Ronald Barron and Associates, P.C., Barron & Knoppow, P.C., Barron & Linden, P.C., Barron, Linden & Fagan, P.C., and Ronald M. Barron, P.C. (ds) |
| 89/02/06 | ORDER DENYING TRANSFER -- of litigation (A-1 - A-5) pursuant to 28 U.S.C. §1407 -- Notified involved judges, clerks, counsel and misc. recipients (rh) |

JPML Form 1

Revised: 8/78

DOCKET NO. 795 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: In re Diamond Mortgage Corporation, et al., Securities Litigation

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| January 26, 1989 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | February 6, 1989 | MO | Unpublished | | | |

Special Transferee Information

DATE CLOSED: February 6, 1989

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 795 -- In re Diamond Mortgate Corporation, et al., Securities Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Diamond Mortgage Corporation of Illinois, et al. v. Peter Sugar, et al. | Ill.,N. Williams | 88-C-6822 | | | | |
| A-2 | Robert N. Schriemer, et al. v. Barton Greenburg, et al. | Mich.,W. Hillman | 87-56-CA1 | | | | |
| A-3 | Harold & Gwen Mercer, et al. v. Jaffe, Snider, Raitt & Heuer, et al. | Mich.,W. Hillman | G-88-380-CA1 | | | | |
| A-4 | Mohamed Abdorabehe & Qumza Masead, et al. v. Barton Greenburg, et al. | Mich.,W. Hillman | G-88-488-CA1 | | | | |
| A-5 | Mohamed Abdorabehe, et al. v. Jaffe, Snider, Raitt & Heuer, et al. | Mich.,W. Hillman | G-88-582-CA1 | | | | |

JPML Form 4

## ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 795 -- In re Diamond Mortgage Corporation, et al., Securities Litigation

---

DIAMOND MORTGAGE CORPORATION OF ILLINOIS, ET AL. (A-1)
Russ M. Strobel, Esq.
Jenner & Block
One IBM Plaza
Chicago, Illinois  60611


ROBERT N. SCHRIEMER, ET AL. (A-2)
MOHAMED ABDORABEHE & QUMZA MASEAD, ET AL. (A-3)
Reginald L. Norris, Esq.
Riverview Center, Suite 150
678 Front, NW
Grand Rapids, Michigan  49504


HAROLD & GWEN MERCER, ET AL. (A-4)
MOHAMED ABDORABEHE, ET AL. (A-5)
Thomas F. Koernke, Esq.
Tolley, Fisher & Verwys
5650 Foremost Drive, S.E.
Grand Rapids, Michigan  49506


PETER SUGAR
DAVID D. WARNER
JAFFE, SNIDER, RAITT & HEUER
Morton H. Collins, Esq.
4000 Town Center
Suite 909
Southfield, Michigan  48075


GEORGE HAMILTON
Andrew S. Conway, Esq.
Miro, Miro & Weiner
500 North Woodward Avenue
Suite 200
Bloomfield Hills, Michigan  48303-0908

---

RONALD M. BARRON
BARRON & KNOPPOW, P.C.
BARRON & LINDEN, P.C.
BARRON, LINDEN & FAGAN, P.C.
RONALD M. BARRON & ASSOCIATES, P.C.
Bruce M. Bieneman, Esq.
Cholette, Perkins & Buchanan
900 Campau Square Plaza Building
99 Monroe Avenue, N.W.
Grand Rapids, Michigan  49503


BARTON GREENBURGH  (No App. Rec'd)
Harold Gurewitz, Esq.
2014 Buhl Bldg.
Detroit, Michigan  48226


GARY MITCHELL  (No App. Rec'd)
Robert Hudson
600 Woodbridge Place
Detroit, Michigan  48226


LESLIE LUPOVITCH  (No App. Rec'd)
Kenneth Slusser, Esq.
33900 Schoolcraft
Suite G-1
Livonia, Michigan  48150


GEORGE J. YUSKO  (No App. Rec'd)
Richard C. Annis, Jr., Esq.
4280 Alpine Avenue, N.W.
Comstock Park, Michigan  49503

JEROME F. CAREY (No App. Rec'd)
A. Ray Kalliel, Esq.
733 Trust Bldg.
Grand Rapids, Michigan 49503


ROBERT T. TRACY (No App. Rec'd)
Melanie S. DeStiger, Esq
401 Federal Square Bldg.
Grand Rapids, Michigan 49503


LLOYD BRIDGES
Thomas F. Blackwell, Esq.
Smith, Haughey, Rice & Roegge
200 Calder Plaza Building
250 Monroe N.W.
Grand Rapids, Michigan 49503


YAFFE & COMPANY (No App. Rec'd)
Peter M. Alter, Esq.
2290 First National Building
Detroit, Michigan 48226


ERNST & COMPANY (No App. Rec'd)
Arnold F. Farwell, Esq.
17200 West 12 Mile Road
Suite 200
Southfield, Michigan 48075


FOLLMER, RUDZEWICZ & COMPANY (No App. Rec'd)
Terance R. Bacon, Esq.
171 Monroe Avenue, N.W.
Suite 800
Grand Rapids, Michigan 49503


COHEN & LEFF (No App. Rec'd)
Steven L. Schwartz, Esq.
30300 Northwestern Highway
Suite 300
Farmington Hills, Michigan 48018


JEFFREY A. ISHBIA
KRAMER, MELLIN, WAGNER & ISHBIA (No App. Rec'd)
Norman H. Pylman, Esq.
50 Monroe Place
Suite 700 West
Grand Rapids, Michigan 49503


JAMES KARPEN
John Walter, Esq.
Assistant Attorney General
795 Law Building
Lansing, Michigan 48933


FREDERICK HOFFECKER
Ronald Emery, Esq.
Tort Defense Division
525 West Ottawa Street
6th Floor, Law Building
Lansing, Michigan 48913


A.W. THOMAS
Unable to Determine Counsel or Address

JPML FORM 3

p. 1

## COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 795 -- In re Diamond Mortgage Corporation, et al., Securities Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| Peter Sugar | A-1, A-2, A-3, A-4, A-5 |
| David D. Warner | A-1, A-2, A-3, A-4, A-5 |
| Jaffe, Snider, Raitt & Heuer | A-1, A-2, A-3, A-4, A-5 |
| Ronald M. Barron & Associates | A-1, A-2, A-4, |
| Barron & Knoppow | A-1, |
| Barron & Linden | A-1 |
| Barron, Linden & Fagan | A-1 |
| Ronald M. Barron | A-1, A-2, A-4 |
| Barton Greenburg | A-2, A-4 |
| Gary Mitchell *dismissed* | A-2 |
| Leslie Lupovitch | A-2 |

p. __2__

| | |
|---|---|
| George J. Yusko | A-2 |
| ~~Jerome F. Carey~~ *dismissed* | A-2 |
| Robert T. Tracy | A-2 |
| Geroge Hamilton | A-2, A-4 |
| Lloyd Bridges | A-2, A-4 |
| Yaffe & Company *dismissed* | A-2, |
| ~~Ernst & Company~~ *dismissed* | A-2 |
| ~~Follmer, Rudzewicz & Company~~ *dismissed* | A-2 |
| ~~Cohen & Leff~~ *dismissed* | A-2 |
| A.W. Thomas | ~~A-2~~ |
| Jeffery A. Ishbia | A-2, A-4 |

JPML FORM 3

p. 3

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 795 -- In re Diamond Mortgage Corporation, et al., Securities Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| Kramer, Mellin, Wagner & Ishbia | A-2, A-4 |
| James Karpen | A-3, A-5 |
| Frederick Hoffecker | A-2, A-5 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |