JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

DOCKET NO. 795                              FEB -6 1989

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

PATRICIA D. HOWARD
CLERK OF THE PANEL

IN RE DIAMOND MORTGAGE CORPORATION, ET AL., SECURITIES LITIGATION

ORDER DENYING TRANSFER*

    This litigation consists of five actions pending in two districts as follows: four actions in the Western District of Michigan and one action in the Northern District of Illinois. Before the Panel is a motion brought by three parties that are among the defendants in all five actions seeking transfer of the Illinois action under 28 U.S.C. §1407 to the Western District of Michigan for coordinated or consolidated pretrial proceedings with the four actions pending there.

    On the basis of the papers filed and the hearing held, the Panel finds that Section 1407 centralization would not necessarily serve the convenience of the parties and witnesses or further the just and efficient conduct of this litigation. Given the difference in type of plaintiff in each district, the difference in scope in each district, and the difference in purpose in each district as reflected in the legal theories underlying the actions, we are not persuaded that any common factual questions which may exist are sufficient to warrant centralization in this docket. We also note that the actions in this docket are assigned to a total of two judges sitting in two districts. Under such circumstances, alternatives to Section 1407 transfer are both available and preferable as a means of minimizing the possibility of duplicative discovery and/or conflicting pretrial rulings with respect to any matters common to proceedings in more than one district. See, e.g., In re Eli Lilly and Company (Cephalexin Monohydrate) Patent Litigation, 446 F.Supp. 242, 244 (J.P.M.L. 1978). See also Manual for Complex Litigation, Second, §31.13 (1985).

    IT IS THEREFORE ORDERED that the motion for transfer pursuant to 28 U.S.C. §1407 of the actions listed on the attached Schedule A be, and the same hereby is, DENIED.

FOR THE PANEL:

Andrew A. Caffrey
Chairman

---

\*   Judge Louis H. Pollak took no part in the decision of the matter.

SCHEDULE A

MDL-795 -- In re Diamond Mortgage Corporation, et al., Securities Litigation

### Northern District of Illinois

Diamond Mortgage Corporation of Illinois, et al. v. Peter Sugar, et al., C.A. No. 88-C-6822

### Western District of Michigan

Robert N. Schriemer, et al. v. Barton Greenburg, et al., C.A. No. 87-56-CA1

Harold & Gwen Mercer, et al. v. Jaffe, Snider, Raitt & Heuer, et al., C.A. No. G-88-380-CA1

Mohamed Abdorabehe & Qumza Masead, et al. v. Barton Greenburg, et al., C.A. No. G-88-488-CA1

Mohamed Abdorabehe, et al. v. Jaffe, Snider, Raitt & Heuer, et al., C.A. No. G-88-582-CA1